# Memorandum

| Subject | Date |
|---|---|
| UNSEALING<br><br>United States v. Aparicio Enriquez-Chavez, aka "Mike Guzman," aka "Bruberry Britt," Edwin Sergio Olmedo-Rosales, Rodrigo De La Cruz, David E. Brown-Paz, Tosha J. Howard, Miguel Angel Monreal-Paramo, and Alexis Jaye Bach; 8:26CR106 | August 3, 2026 |
| To | From |
| Clerk, U.S. District Court<br>District of Nebraska | Thomas J. Kangior<br>AUSA |

Be advised that the above named Defendants are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Judge Case

☐ Unseal the Magistrate Judge Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Judge Case but the underlying Complaint and Affidavit should remain **Restricted**